CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 30 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DANIAL WAYNE CONNER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:07-cv-00042 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COUNTY OF MONTGOMERY, et al., | ) | By: Hon. Glen E. Conrad |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that plaintiff's claims against the Montgomery County Jail, the Montgomery County Jail's unnamed "Medical Staff," and Judge Ray W. Grubb of the Circuit Court for Montgomery County shall be and hereby are **DISMISSED**.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and to each named defendant or counsel of record for each defendant, if known.

ENTER: This 30th day of March, 2007.

/s/ Glen E. Conrad
United States District Judge