CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 10 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Clark
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DANIAL WAYNE CONNER, ) | |
| Plaintiff, ) | Civil Action No. 7:07-cv-00042 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE COUNTY OF ) | |
| MONTGOMERY, et al., ) | By: Hon. Glen E. Conrad |
| Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that plaintiff's request for injunctive relief shall be and hereby is **DENIED**.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and to each defendant or counsel of record for each defendant, if known.

ENTER: This 10th day of May, 2007.

/s/ Glen Conrad
United States District Judge